J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
EARL MAH (CSB No. 296984)
emah@fenwick.com
DARGAYE C. CHURNET (CSB No. 303659)
dchurnet@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

Counsel for Defendants
NETFLIX, INC. and NETFLIX STREAMING
SERVICES, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and NETFLIX STREAMING SERVICES, INC.,<br><br>Defendants. | Case No.: 2:19-cv-06361-GW(JCx)<br><br>**DECLARATION OF ISAAC PETERSON IN SUPPORT OF MOTION OF DEFENDANTS NETFLIX, INC. AND NETFLIX STREAMING, INC. FOR AWARD OF COSTS AND ATTORNEY'S FEES UNDER RULE 41(D)**<br><br>Date:          November 18, 2019<br>Time:          8:30 a.m.<br>Courtroom:  9D<br>Judge:         George H. Wu |

# DECLARATION OF ISAAC PETERSON

I, Isaac Peterson, declare as follows:

1. My current title is Director, Litigation & IP at Netflix, Inc. ("Netflix"), where I have worked since 2013. My business address is 100 Winchester Circle, Los Gatos, CA 95032. Except where otherwise noted, I make this declaration of my own personal knowledge.

2. I am primarily responsible for overseeing Netflix's defense in the actions filed by Realtime Adaptive Streaming LLC ("Realtime"), including both the actions filed in this District (the "California Actions") and the District of Delaware (the "Delaware Action"). This included supervising the work of Winston & Strawn LLP ("Winston"), Fenwick & West LLP ("Fenwick"), and Morris Nichols Arsht & Tunnell ("MNAT"), the last of which acted as Netflix's local counsel in the Delaware Action. Based on my supervision and review of counsel's bills, I understand the amount of attorney time and expenses spent litigating the Delaware Action.

3. Because of the complexity of the claims and patents at issue in the Delaware Action, I determined that Netflix required experienced patent litigation counsel. The case also involved proceedings before the JPML and coordination with other defendants subject to Realtime's motion to centralize; this became an additional factor in favor of using national law firms with deep experience in patent disputes. Based on my experience overseeing patent and intellectual property litigation of this complexity, the hourly rates charged by Winston, Fenwick, and MNAT are reasonable and competitive with the rates charged by comparable law firms.

4. The Winston lawyers and staff on the defense team included:

   a. Kathi Vidal, partner at Winston and managing partner of Winston's Silicon Valley Office. She is a member in good standing with the California and Arizona State Bars and has practiced in the State of California since 1998. She has been named one of the *Best Lawyers in America*, a Top 75 California IP Litigator by *Daily Journal*, and one of the Top 250 Women in Litigation by

FENWICK & WEST LLP
ATTORNEYS AT LAW

*Benchmark Litigation.* Ms. Vidal's rate on the Delaware Action was $1,020 per hour. Ms. Vidal's firm biography detailing more of her experience is available at https://www.winston.com/en/who-we-are/professionals/vidal-kathi.html.

      b.      Andrew B. Grossman, partner at Winston. He is a member in good standing with the California State Bar and has practiced in the State of California since 2000. He has been recognized for Patent Litigation by *The Legal 500 United States*. Mr. Grossman's rate on the Delaware Action was $980 per hour. Mr. Grossman's firm biography detailing more of his experience is available at https://www.winston.com/en/who-we-are/professionals/grossman-andrew-b.html.

      c.      Michael Bittner, partner at Winston. He is a member in good standing with the Texas State Bar and has practiced in the State of Texas since 2008. He has been recognized for Patent Litigation by *The Legal 500 United States* and recognized as a Rising Star by *Super Lawyers*. Mr. Bittner's rate on the Delaware Action was $820 per hour. Mr. Bittner's firm biography detailing more of his experience is available at https://www.winston.com/en/who-we-are/professionals/bittner-michael-a.html.

      d.      James Winn, associate at Winston. He is a member in good standing with the Illinois State Bar and has practiced in the State of Illinois since 2011. Mr. Winn's rate on the Delaware Action was $765 per hour. Mr. Winn's firm biography detailing more of his experience is available at https://www.winston.com/en/who-we-are/professionals/winn-james.html.

      e.      Matthew R. McCullough, associate at Winston. He is a member in good standing with the California State Bar and has practiced in the State of California since 2014. Mr. McCullough's rate on the Delaware Action was $630 per hour. Mr. McCollough's firm biography detailing more of his experience is available at https://www.winston.com/en/who-we-are/professionals/mccullough-matthew-r.html.

f.      Ying Lin Steinberg, senior paralegal at Winston.  Ms. Steinberg's rate on the Delaware Action was $350 per hour.

g.      Stephen Wesclitz, senior research analyst at Winston, with 38 years of legal experience.  Mr. Wesclitz's rate on the Delaware Action was $225 per hour.

5.      The MNAT lawyers and staff on the defense team included:

a.      Jack Blumenfeld, partner at MNAT.  He is a member in good standing with the Delaware State Bar and has practiced in the State of Delaware since 1979.  He has been recognized for intellectual property by *Chambers USA* and ranked Number One in Delaware Patent Litigation by *IAM 250: The World's Leading Patent Litigators* by *The Legal 500 United States*.  Mr. Blumenfeld's rate on the Delaware Action was $950 per hour.  Mr. Blumenfeld's firm biography detailing more of his experience is available at https://www.mnat.com/attorneys/jack-b-blumenfeld/

b.      Brian Egan, partner at MNAT.  He is a member in good standing with the Delaware and New York State Bars and has practiced in the State of Delaware since 2016 after practicing in New York since 2005.  Mr. Egan's rate on the Delaware Action was $750 per hour.  Mr. Egan's firm biography detailing more of his experience is available at https://www.mnat.com/attorneys/brian-p-egan/

c.      Denise Stitik, IP Litigation Paralegal at MNAT.  Ms. Stitik's rate on the Delaware Action was $295 per hour.

d.      Beth Ann Chard, administrative assistant at MNAT.  Ms. Chard's rate on the Delaware Action was $195 per hour.

6.      Multiple California federal courts have found Winston's rates to be reasonable.  *Perfect 10, Inc. v. Giganews, Inc.*, 2015 WL 1746484, at *16-21 (C.D. Cal. Mar. 24, 2015), *aff'd*, 847 F.3d 657 (9th Cir. 2017) (Winston's rates were "reasonable and w[ere] comparable to prevailing market rates for attorneys of similar experience, skill, and reputation in similarly complex litigation"); *In re Rossco Holdings, Inc.*, 2014 WL 2611385, at *8 (C.D. Cal. May 30, 2014) ("fees of their

FENWICK & WEST LLP
ATTORNEYS AT LAW

counsel, Winston & Strawn . . . were reasonable in comparison to other large law firms with similar experience and specialization").

7. Additionally, multiple courts have found MNAT's rates to be reasonable. *Tracinda Corp. v. DaimlerChrysler AG*, 502 F.3d 212, 245 (3d Cir. 2007) (finding MNAT's hourly rates reasonable); *Heite v. Canden-Wyoming Sewer and Water Auth.*, 1993 WL 181299, at *4 (Del. Ch. May 21, 1993) (MNAT's "hourly rates are not out of line with rates customarily charged by the attorney").

8. Winston's and MNAT's fees are also in line with a survey conducted by the American Intellectual Property Law Association ("AIPLA"). The 2017 AIPLA survey of the annual incomes of related professionals and demographic characteristics of intellectual property law attorneys is attached as **Exhibit Q** to the Declaration of J. David Hadden In Support of Netflix's Motion for Stay and Award of Costs. Winston's and MNAT's billing rates are comparable to the benchmarks in that survey. As shown below, the hourly billing rates for the Winston partners who worked on Netflix's behalf ranged from $820 to $1020, and the same rate for associates ranged from $585 to $765.

9. Winston's representation of Netflix included the following tasks:

a. Drafting the motion to dismiss and reply in support of the motion to dismiss.

b. Opposing Realtime's motion to transfer the action to the District of Colorado before the Judicial Panel on Multi-District Litigation.

c. Moving to transfer the Delaware Action to the Northern District of California and drafting the reply in support.

10. The tables below summarize the fees and costs incurred by Netflix and charged by Winston in connection with the Delaware Action:

FENWICK & WEST LLP
ATTORNEYS AT LAW

**Summary Chart of Attorney's Fees from Winston**

| Table 1 – Fees by Task | | | |
|---|---|---|---|
| **Task 1:  Motion to Transfer from D. Del. to N.D. Cal.** | | | |
| **Attorney** | **Rate/Hour** | **Hours** | **Fee** |
| Vidal, Kathi (Partner) | $1,020 | 1.6 | $1,632.00 |
| Grossman, Andrew B (Partner) | $980 | 29.84 | $29,243.20 |
| Winn, James (Associate) | $765 | 44.0 | $33,660.00 |
| Wesclitz, Stephen (Senior Research Analyst) | $225 | 0.5 | $112.50 |
| **Fee Request for Task 1** | | **75.94** | **$64,647.70** |
| **Task 2:  Motion to Dismiss** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Vidal, Kathi (Partner) | $1,020 | 5.6 | $5,712.00 |
| Grossman, Andrew B (Partner) | $980 | 49.0 | $48,020.00 |
| Bittner, Michael (Partner) | $820 | 2.16 | $1,771.20 |
| McCullough, Matthew R. (Associate) | $630 | 24.8 | $15,624.00 |
| Steinberg, Ying Lin (Senior Paralegal) | $350 | 1.1 | $385.00 |
| **Fee Request for Task 2** | | **82.66** | **$71,512.20** |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Task 3:  Opposition to Motion to Transfer Before the Judicial Panel on Multidistrict Litigation (JPML) | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Vidal, Kathi (Partner) | $1,020 | 8.96 | $9,139.20 |
| Grossman, Andrew (Partner) | $980 | 28.52 | $27,949.60 |
| Bittner, Michael (Partner) | $820 | 8.04 | $6,592.80 |
| Winn, James (Associate) | $765 | 11.0 | $8,415.00 |
| McCullough, Matthew (Associate) | $630 | 6.36 | $4,006.80 |
| Steinberg, Ying Lin (Senior Paralegal) | $350 | 0.14 | $49.00 |
| **Fee Request for Task 3** | | **63.02** | **$56,152.40** |
| *Total for All Tasks* | | | |
| **Total** | | **Hours** | **211.62** |
| | | **Fees** | **$192,312.30** |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Table 2 – Fees by Attorney | | | | |
|---|---|---|---|---|
| **Attorney** | **Rate/Hour** | **Hours by Task** | | **TOTALS** |
| Vidal, Kathi (Partner) | $1020 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 16.16 <br> **Amount:** $16,483.20 |
|  |  | Motion to Transfer | 1.6 |  |
|  |  | Motion to Dismiss | 5.6 |  |
|  |  | Opp. to JPML Motion | 8.96 |  |
| Grossman, Andrew (Partner) | $980 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 107.36 <br> **Amount:** $105,212.80 |
|  |  | Motion to Transfer | 29.84 |  |
|  |  | Motion to Dismiss | 49.0 |  |
|  |  | Opp. to JPML Motion | 28.52 |  |
| Bittner, Michael (Partner) | $820 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 10.2 <br> **Amount:** $8,364.00 |
|  |  | Motion to Transfer | 0.0 |  |
|  |  | Motion to Dismiss | 2.16 |  |
|  |  | Opp. to JPML Motion | 8.04 |  |

Fenwick & West LLP
Attorneys at Law

| Winn, James (Associate) | $765 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 55.0 **Amount:** $42,075.00 |
|---|---|---|---|---|
| | | Motion to Transfer | 44.0 | |
| | | Motion to Dismiss | 0.0 | |
| | | Opp. to JPML Motion | 11.0 | |
| McCullough, Matthew (Associate) | $630 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 31.16 **Amount:** $19,630.80 |
| | | Motion to Transfer | 0.0 | |
| | | Motion to Dismiss | 24.8 | |
| | | Opp. to JPML Motion | 6.36 | |
| Steinberg, Ying Lin (Senior Paralegal) | $350 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 1.24 **Amount:** $434.00 |
| | | Motion to Transfer | 0.0 | |
| | | Motion to Dismiss | 1.1 | |
| | | Opp. to JPML Motion | 0.14 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

PETERSON DECL. ISO MTN. TO STAY AND FOR ATTORNEY'S FEES

8

Case No. 2:19-cv-06361-GW(JCx)

| Wesclitz, Stephen (Research Analyst) | $225 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 0.5 **Amount:** $112.50 |
|---|---|---|---|---|
| | | Motion to Transfer | 0.5 | |
| | | Motion to Dismiss | 0.0 | |
| | | Opp. to JPML Motion | 0.0 | |
| **Total:** | | | **Hours:** | **211.62** |
| | | | **Amount:** | **$192,312.30** |

**Summary Chart of Costs from Winston**

| *Costs: Motion to Dismiss* | |
|---|---|
| Professional Services | $27.30 |
| Legal Research | $515.96 |
| **Total Costs** | **$543.26** |

11.  As local counsel, MNAT assisted Winston with the tasks described above.  MNAT also assisted Fenwick with the tasks Fenwick handled following its substitution, including preparing for the October 2, 2018 hearing on Netflix's motions to dismiss and transfer, responding to Realtime's objection to the Report and Recommendation recommending dismissal of the Delaware Action, and opposing Realtime's motion for leave to amend its complaint.

12.  The tables below summarize the fees and costs incurred by Netflix and charged by MNAT in connection with the Delaware Action:

**Summary Chart of Attorney's Fees from MNAT**

| Table 1 – Fees by Task | | | |
|---|---|---|---|
| **Task 1:  Motion to Transfer from D. Del. to N.D. Cal.** | | | |
| **Attorney** | **Rate/Hour** | **Hours** | **Fee** |
| Blumenfeld, Jack (Partner) | $950 | 3.9 | $3,705.00 |
| Chard, Beth Ann (Assistant) | $165 | 0.5 | $82.50 |
| **Fee Request for Task 1** | | **4.40** | **$3,787.50** |
| **Task 2:  Motion to Dismiss** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Blumenfeld, Jack (Partner) | $950 | 9.9 | $9,405.00 |
| Egan, Brian (Partner) | $750 | 0.8 | $600.00 |
| Stitik, Denise (Paralegal) | $295 | 1.8 | $531.00 |
| **Fee Request for Task 2** | | **12.5** | **$10,536.00** |
| **Task 3:  Opposition to Motion to Transfer Before the Judicial Panel on Multidistrict Litigation (JPML)** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Blumenfeld, Jack (Partner) | $950 | 0.5 | $475.00 |
| Egan, Brian (Partner) | $750 | 7.5 | $5,625.00 |
| **Fee Request for Task 2** | | **8.0** | **$6,100.00** |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Total for All Tasks | |
|---|---|
| **Total** | **Hours** | **24.9** |
| | **Fees** | **$20,423.50** |

| Table 2 – Fees by Attorney | | | | |
|---|---|---|---|---|
| **Attorney** | **Rate/Hour** | **Hours by Task** | | **TOTALS** |
| Blumenfeld, Jack (Partner) | $950 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 14.3 **Amount:** $13,585.00 |
| | | Motion to Transfer | 3.9 | |
| | | Motion to Dismiss | 9.9 | |
| | | Opp. to JMPL Transfer | 0.5 | |
| Egan, Brian (Partner) | $750 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 8.3 **Amount:** $6,225.00 |
| | | Motion to Transfer | 0.0 | |
| | | Motion to Dismiss | 0.8 | |
| | | Opp. to JMPL Transfer | 7.5 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Stitik, Denise (Paralegal) | $295 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 1.8 **Amount:** $531.00 | |
|---|---|---|---|---|---|
| | | Motion to Transfer | 0.0 | | |
| | | Motion to Dismiss | 1.8 | | |
| | | Opp. to JMPL Transfer | 0.0 | | |
| Chard, Beth Ann (Assistant) | $165 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 0.5 **Amount:** $82.50 | |
| | | Motion to Dismiss | 0.5 | | |
| | | Motion to Transfer | 0.0 | | |
| | | Opp. to JMPL Transfer | 0.0 | | |
| **Total:** | | | | **Hours:** | **24.9** |
| | | | | **Amount:** | **$20,423.50** |

### Summary Chart of Costs from MNAT

| Costs:  Motion to Dismiss | |
|---|---|
| Professional Services | $188.24 |
| **Total Costs** | **$188.24** |

13.    These legal fees and expenses incurred were necessary to properly defend Netflix in the case. The fees charged reflect significant material savings and efficiencies gained by sharing counsel with Hulu, LLC during its defense against Realtime involving many of the same patents, prior to Hulu's dismissal. The sum of fees and costs incurred by Netflix and charged by MNAT in connection with the Delaware Action is $20,611.74. MNAT's invoices reflecting the work summarized above are attached as **Exhibits V-1 through V-13.** The sum of fees and costs incurred by Netflix and charged by Winston in connection with the Delaware Action is $192,855.56. Winston's invoices reflecting the work summarized above are attached as **Exhibits W-1 through W-6.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Gatos, California on October 3, 2019.

By: _____
Isaac Peterson
Director, Litigation & IP

FENWICK & WEST LLP
ATTORNEYS AT LAW

PETERSON DECL. ISO MTN. TO STAY AND FOR
ATTORNEY'S FEES

14