J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
EARL MAH (CSB No. 296984)
emah@fenwick.com
DARGAYE C. CHURNET (CSB No. 303659)
dchurnet@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:   650.938.5200

Counsel for Defendants
NETFLIX, INC. and NETFLIX
STREAMING SERVICES, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and NETFLIX STREAMING SERVICES, INC.,<br><br>Defendants. | Case No.: 2:19-cv-06361-GW(JCx)<br><br>**DECLARATION OF J. DAVID HADDEN IN SUPPORT OF MOTION OF DEFENDANTS NETFLIX, INC. AND NETFLIX STREAMING, INC. FOR AWARD OF COSTS AND ATTORNEY'S FEES UNDER RULE 41(D)**<br><br>Date:          November 18, 2019<br>Time:         8:30 a.m.<br>Courtroom:  9D<br>Judge:        George H. Wu |

# DECLARATION OF J. DAVID HADDEN

I, J. David Hadden, declare as follows:

1.     I am an attorney duly admitted to practice in California.  I am a partner at the law firm of Fenwick & West LLP in Mountain View, California, and counsel for Defendants Netflix, Inc. and Netflix Streaming Services, Inc. (together, "Netflix") in this matter and Central District of California, Case No. 2:19-cv-06359 (together, the "California Actions").  I have personal knowledge of the facts stated in this declaration.

## Summary of events in Realtime's Delaware case against Netflix

2.     Realtime Adaptive Streaming LLC's November 21, 2017 complaint in *Realtime Adaptive Streaming LLC v. Netflix, Inc. et al.*, District of Delaware, Case No. 1:17-cv-01692 (the "Delaware Action") is attached as **Exhibit A**.

3.     On August 1, 2018, the Judicial Panel on Multi-District Litigation issued an order denying Realtime's motion for centralization as a multi-district litigation. The order is attached as **Exhibit B**.  Netflix had joined the opposition to this motion.

4.     On February 5, 2018, Netflix moved to dismiss Realtime's claims in the Delaware Action for failure to state a claim under Rule 12(b)(6).  Netflix's motion to dismiss in the Delaware Action is attached as **Exhibit C**.

5.     On May 1, 2018, Netflix moved to transfer the Delaware Action to the United States District Court for the Northern District of California.  Netflix's transfer motion is attached as **Exhibit D** and Realtime's opposition to that motion is attached as **Exhibit E**.

6.     On October 2, 2018, Magistrate Judge Sherry F. Fallon held argument on Netflix's motions to transfer and to dismiss.  The transcript that hearing is attached at **Exhibit F**.

7.     On October 12, 2018, the Magistrate Judge issued a report recommending denial of Netflix's motion to transfer and the district judge adopted

FENWICK & WEST LLP
ATTORNEYS AT LAW

that recommendation.  These orders are attached as **Exhibit G and Exhibit H** respectively.

8.    On December 12, 2018, the Magistrate Judge issued a report recommending granting Netflix's motion to dismiss in part.  The report is attached as **Exhibit I**.

9.    On December 26, 2018, Realtime filed objections to the report and recommendation.  Realtime's objections are attached as **Exhibit J**.  Netflix's response is attached as **Exhibit K**.

10.    On June 26, 2019, while its objections remained pending, Realtime filed a motion for leave to amend its complaint in the Delaware Action.  Realtime's motion for leave to amend is attached as **Exhibit L**.  Netflix's opposition to that motion is attached as **Exhibit M**.

11.    On July 19, 2019, Judge Connolly issued an order in *Realtime Data LLC v. Fortinet*, D. Del. Case No. 17-cv-01635, attached as **Exhibit N**.  Netflix submitted a letter to the court in the Delaware Action on July 22, 2019, attached as **Exhibit O**, notifying the Delaware court of this decision.

12.    On July 22, 2019, Realtime filed a notice of voluntary dismissal of the Delaware Action.  Realtime's dismissal notice is attached as **Exhibit P**.

**Netflix's fees incurred defending the Delaware Action were reasonable**

13.    Fenwick appeared as counsel for Netflix on September 12, 2018, taking over the representation from Winston & Strawn LLP.  Following the substitution, I became lead counsel for Netflix in the Delaware Action.  I worked on the matter, supervised the Fenwick team, and reviewed and approved Fenwick's invoices.  I therefore understand the work performed by Fenwick's attorneys and staff on the Delaware matter and the corresponding amounts charged to the client.

14.    In my role, I am familiar with Fenwick's general business and billing practices.  Fenwick sets its hourly billing rates to be competitive with rates generally charged by other full-service law firms for attorneys of similar experience.

FENWICK & WEST LLP
ATTORNEYS AT LAW

15. The District of Delaware has a high volume of patent litigation. Printouts from the Lex Machina database showing the large volume of patent litigation matters heard in the District of Delaware are attached as **Exhibits R-S**. These matters require specialized knowledge and experience, similar to the expertise of the Fenwick team who worked on the Delaware Action, and typically command billing rates higher than the average federal district court litigation.

16. Fenwick attorneys routinely appear in patent litigation matters in the District of Delaware, as do attorneys of many other large firms that command similar billing rates. A printout from Docket Navigator showing appearances by Fenwick in patent litigation matters in the District of Delaware since 2014 is attached as **Exhibit T**. Given this information, the billable rates charged by the specific attorneys and paralegals on this case are reasonable for their respective levels of expertise for the Delaware Action specifically and for the District of Delaware generally.

17. The Fenwick lawyers and staff on the defense team included:

a. J. David Hadden, lead counsel and partner at Fenwick. I am a partner at Fenwick and my practice focuses on intellectual property litigation and counseling. I have practiced law in the State of California since 1995 and am a member in good standing with the California State Bar. I have been repeatedly ranked as a "Super Lawyer" by Northern California *Super Lawyers* and was honored as one of the top 75 IP litigation attorneys in California by the *Daily Journal*. I am ranked by *IAM Patent 1000 2017* and described as "a hugely experienced litigator and trial attorney who leads teams to excellent results on time and within budget," "well prepared and appropriately focused," and able to "keep[] a global perspective on the merits and impact of a dispute." I am also admitted to practice before the U.S. Patent & Trademark Office. My rate on the Delaware Action was $915 per hour. My firm biography detailing more of my experience is available at https://www.fenwick.com/professionals/pages/davehadden.aspx.

FENWICK & WEST LLP
ATTORNEYS AT LAW

DEC. OF J. DAVID HADDEN ISO MTN. FOR COSTS AND ATTORNEY'S FEES

3

Case No. 2:19-cv-06361-GW(JCx)

FENWICK & WEST LLP
ATTORNEYS AT LAW

b.    Saina Shamilov, partner at Fenwick.  Ms. Shamilov specializes in intellectual property litigation and counseling.  She is a member in good standing with the California State Bar and has practiced law in the State of California since 2001.  Ms. Shamilov holds a B.S. degree in computer science from the University of California, Davis, and she is admitted to practice before the U.S. Patent & Trademark Office.  She has repeatedly been recognized by Northern California *Super Lawyers*.  Ms. Shamilov's rate on the Delaware Action was $730 per hour.  Ms. Shamilov's firm biography detailing more of her experience is available at https://www.fenwick.com/professionals/pages/sainashamilov.aspx.

c.    Todd Gregorian, associate at Fenwick.  He is a member in good standing with the California State Bar and has practiced law in the State of California since 2005.  He was recognized as a "Rising Star" by Northern California *Super Lawyers* for 2013-2019.  Mr. Gregorian's rate on the Delaware Action was $680 per hour. Mr. Gregorian's firm biography detailing more of his experience is available at https://www.fenwick.com/professionals/pages/toddgregorian.aspx.

d.    Ravi Ranganath, associate at Fenwick, is a member in good standing with the California State Bar and has practiced intellectual property litigation in the State of California since 2010.  In 2019, Mr. Ranganath was recognized as a "Rising Star" by Northern California *Super Lawyers*.  Mr. Ranganath's rate on the Delaware Action was $630 per hour.  Mr. Ranganath's firm biography detailing more of his experience is available at https://www.fenwick.com/professionals/pages/raviranganath.aspx.

e.    Earl Mah, associate at Fenwick, is a member in good standing with the California State Bar and has over six years of experience in intellectual property litigation.  Mr. Mah's rate on the Delaware Action was $535 per hour.  Mr. Mah's firm biography detailing more of his experience is available at https://www.fenwick.com/professionals/pages/earlmah.aspx.

FENWICK & WEST LLP
ATTORNEYS AT LAW

f.     Sapna Mehta, associate at Fenwick, is a member in good standing with the State Bars of California and the District of Columbia and has over six years of experience in intellectual property litigation. Ms. Mehta's rate on the Delaware Action was $535 per hour. Ms. Mehta's firm biography detailing more of her experience is available at https://www.fenwick.com/professionals/pages/sapnamehta.aspx.

g.     Eric Young, associate at Fenwick, is a member in good standing with the California State Bar and has nearly two years of experience in intellectual property litigation. Mr. Young's rate on the Delaware Action was $370 per hour. Mr. Young's firm biography detailing more of his experience is available at https://www.fenwick.com/professionals/pages/ericyoung.aspx.

h.     Sandra Pomeroy, paralegal at Fenwick, with 26 years of legal experience. Ms. Pomeroy's rate on the Delaware Action was $355 per hour.

i.     Marlon Munoz, paralegal at Fenwick, with 22 years of legal experience. Mr. Munoz's rate on the Delaware Action was $355 per hour.

j.     Lawrence Gallwas, paralegal at Fenwick, with 15 years of legal experience. Mr. Gallwas' rate on the Delaware Action was $350 per hour.

18.    Multiple California federal courts have found Fenwick's rates to be reasonable. *Perfect 10, Inc. v. Giganews, Inc.*, 2015 WL 1746484, at \*16-21 (C.D. Cal. Mar. 24, 2015), *aff'd*, 847 F.3d 657 (9th Cir. 2017) (Fenwick's rates were "reasonable and w[ere] comparable to prevailing market rates for attorneys of similar experience, skill, and reputation in similarly complex litigation"); *IPVX Patent Holdings, Inc. v. Voxernet LLC*, 2014 WL 5795545, at \*7 (N.D. Cal. Nov. 6, 2014) (plaintiff conceded Fenwick's rates "were reasonable"); *Jones v. Corbis Corp.*, 2011 WL 4526084, at \*1-2 (C.D. Cal. Aug. 24, 2011); *Netbula, LLC v. Chordiant Software, Inc.*, 2010 WL 11575580, at \*5 (N.D. Cal. Dec. 17, 2010) ("[Fenwick's] rates are comparable to other full service firms in the Bay Area and are reasonable."); *Yue v. Storage Tech. Corp.*, 2008 WL 11256331, at \*4 (N.D. Cal. Aug. 6, 2008)

(report and recommendation) (same), *adopted by* 2008 WL 4185835 (N.D. Cal. Sept. 5, 2008).

19.    Fenwick's fees are also in line with a survey conducted by the American Intellectual Property Law Association ("AIPLA").  The 2017 AIPLA survey of the annual incomes of related professionals and demographic characteristics of intellectual property law attorneys is attached as **Exhibit Q**.  Data for the survey was collected via email invitation and was collected from 1,160 individual AIPLA members.  Ex. Q at 1.  In 2016 the median average hourly billing rate was $450, and in general increased with age and years of IP experience. *Id.*  Respondents in Boston CMSA reported the highest median average hourly billing rate of $700. *Id.*  Larger firms (in terms of the number of IP lawyers and agents) were also more likely to have higher median average hourly billing rates than their smaller counterparts. *Id*.  In 2016 the median average hourly billing rate was $583 for firms with over 150 full-time IP lawyers and patent agents. *Id.*  Larger firms (in terms of the number of IP lawyers and agents) were also more likely to have higher median average hourly billing rates than their smaller counterparts. *See id*.  For example, for firms with 150 or more attorneys, partner billing rates ranged from $603 to $1,095 with a mean of $837. *See id.* at Appendix A, Table I-27.  Associate billing rates at firms of the same size ranged between $318 and $733 with a mean of $554. *See id.* at Appendix A, Table I-39.  Summaries detailing average hourly billing rates in private firms for partners and associates are detailed in Ex. Q, Appendix A, Tables I-27 and I-39 respectively.  Fenwick's billing rates are comparable to these benchmarks:  as shown below, the hourly billing rates for the Fenwick partners who worked on Netflix's behalf ranged from $730 to $915, and the same rate for associates ranged from $370 to $680.

20.    Fenwick's representation of Netflix included the following tasks:

a.      Preparing for and attending the October 2, 2018 hearing before Judge Fallon on Netflix's motion to dismiss and motion to transfer in the Delaware Action.

b.      Opposing Realtime's objections to Judge Fallon's report recommending dismissal of certain of Realtime's claims in the Delaware Action.

c.      Opposing Realtime's motion for leave to amend its complaint in the Delaware Action.

21.     In accordance with my normal practice, I reviewed Fenwick's invoices before providing them to Netflix, and wrote off $10,514.00 in fees and $9,862.40 in costs to eliminate charges that I deemed inefficient or otherwise not properly charged to Netflix.  The tables below summarize the fees and costs incurred by Netflix and charged by Fenwick in connection with the Delaware Action, net of the write-offs discussed above:

FENWICK & WEST LLP
ATTORNEYS AT LAW

**Summary Chart of Attorney's Fees from Fenwick & West**

| Table 1 – Fees by Task | | | |
|---|---|---|---|
| **Task 1:  Motion to Dismiss** | | | |
| **Attorney** | **Rate/Hour** | **Hours** | **Fee** |
| Hadden, J. David (Partner) | $915 | 44.9 | $41,083.50 |
| Shamilov, Saina (Partner) | $730 | 15.4 | $11,242.00 |
| Gregorian, Todd (Associate) | $680 | 0.2 | $136.00 |
| Ranganath, Ravi (Associate) | $630 | 41.7 | $26,271.00 |
| Mah, Earl (Associate) | $535 | 8.3 | $4,440.50 |
| Mehta, Sapna (Associate) | $535 | 24.3 | $13,000.50 |
| Young, Eric (Associate) | $370 | 4.7 | $1,739.00 |
| Munoz, Marlon (Paralegal) | $355 | 7.8 | $2,769.00 |
| Gallwas, Lawrence (Paralegal) | $350 | 12.3 | $4,305.00 |
| **Fee Request for Task 1** | | **159.60** | **$104,986.50** |
| **Task 2:  Motion to Transfer** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Hadden, J. David (Partner) | $915 | 0.3 | $274.50 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Mehta, Sapna (Associate) | $535 | 0.2 | $107.00 |
|---|---|---|---|
| Ranganath, Ravi (Associate) | $630 | 1.5 | $945.00 |
| **Fee Request for Task 2** | | **2.00** | **$1,326.50** |

| Task 3: Opposition to Leave and Amend | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Hadden, J. David (Partner) | $915 | 2.7 | $2,470.50 |
| Mehta, Sapna (Associate) | $535 | 18.7 | $10,004.50 |
| Ranganath, Ravi (Associate) | $630 | 3.0 | $1,890.00 |
| Pomeroy, Sandra (Paralegal) | $355 | 4.0 | $1,420.00 |
| **Fee Request for Task 3** | | **28.40** | **$15,785.00** |

| Total for All Tasks | | | |
|---|---|---|---|
| **Total** | | **Hours** | **190** |
| | | **Fees** | **$122,098.00** |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Table 2 – Fees by Attorney | | | | |
| --- | --- | --- | --- | --- |
| **Attorney** | **Rate/Hour** | **Hours by Task** | | **TOTALS** |
| Hadden, J. David (Partner) | $915 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 47.9 <br> **Amount:** $43,828.50 |
| | | Motion to Dismiss | 44.9 | |
| | | Motion to Transfer | 0.3 | |
| | | Opp. to Leave to Amend | 2.7 | |
| Shamilov, Saina (Partner) | $730 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 15.4 <br> **Amount:** $11,242.00 |
| | | Motion to Dismiss | 15.4 | |
| | | Motion to Transfer | 0 | |
| | | Opp. to Leave to Amend | 0 | |
| Gregorian, Todd (Associate) | $680 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 0.2 <br> **Amount:** $136.00 |
| | | Motion to Dismiss | 0.2 | |
| | | Motion to Transfer | 0 | |
| | | Opp. to Leave to Amend | 0 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Ranganath, Ravi (Associate) | $630 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 46.2 <br> **Amount:** $29,106.00 |
| | | Motion to Dismiss | 41.7 | |
| | | Motion to Transfer | 1.5 | |
| | | Opp. to Leave to Amend | 3 | |
| Mah, Earl (Associate) | $535 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 8.3 <br> **Amount:** $4,440.50 |
| | | Motion to Dismiss | 8.3 | |
| | | Motion to Transfer | 0 | |
| | | Opp. to Leave to Amend | 0 | |
| Mehta, Sapna (Associate) | $535 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 43.2 <br> **Amount:** $23,112.00 |
| | | Motion to Dismiss | 24.3 | |
| | | Motion to Transfer | 0.2 | |
| | | Opp. to Leave to Amend | 18.7 | |
| Young, Eric (Associate) | $370 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 4.7 <br> **Amount:** $1,739.00 |

| | | Motion to Dismiss | 4.7 | |
|---|---|---|---|---|
| | | Motion to Transfer | 0 | |
| | | Opp. to Leave to Amend | 0 | |
| Munoz, Marlon (Paralegal) | $355 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 7.8 **Amount:** $2,769.00 |
| | | Motion to Dismiss | 7.8 | |
| | | Motion to Transfer | 0 | |
| | | Opp. to Leave to Amend | 0 | |
| Gallwas, Lawrence (Paralegal) | $350 | Task | Hours Spent by Attorney on Tasks | **Total Hours:** 12.3 **Amount:** $4,305.00 |
| | | Motion to Dismiss | 12.3 | |
| | | Motion to Transfer | 0 | |
| | | Opp. to Leave to Amend | 0 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Pomeroy, Sandra (Paralegal) | $355 | Task | Hours Spent by Attorney on Tasks | Total Hours: 4 Amount: $1,420.00 | |
|---|---|---|---|---|---|
| | | Motion to Dismiss | 0 | | |
| | | Motion to Transfer | 0 | | |
| | | Opp. to Leave to Amend | 4 | | |
| **Total:** | | | | **Hours:** | **190** |
| | | | | **Amount:** | **$122,098.00** |

**Summary Chart of Costs from Fenwick & West**

| *Costs: Motion to Dismiss* | |
|---|---|
| Professional Services | $2,165.00 |
| Travel | $2,477.10 |
| Voice & Data Communications | $5,754.27 |
| **Total Cost for Motion to Dismiss** | **$10,396.37** |

22.   These legal fees and expenses incurred were necessary to properly defend Netflix in the case. The sum of fees and costs incurred by Netflix and charged by Fenwick in connection with the Delaware Action is $132,494.37. Fenwick's invoices reflecting the work summarized above are attached as **Exhibits U-1 through U-10.**

Fenwick & West LLP
Attorneys at Law

23.    A chart comparing the independent claims of U.S. Patent No. 8,054,879 to claims of claims of U.S. Patent No. 9,934,535 is attached as **Exhibit X**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Mountain View, California on October 7, 2019.

By: _/s/ J. David Hadden_
           J. David Hadden