J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
EARL MAH (CSB No. 296984)
emah@fenwick.com
DARGAYE C. CHURNET (CSB No. 303659)
dchurnet@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Counsel for Defendants
NETFLIX, INC. and NETFLIX STREAMING
SERVICES, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and NETFLIX STREAMING SERVICES, INC.,<br><br>Defendants. | Case No.: 2:19-cv-06361-GW(JCx)<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS NETFLIX, INC. AND NETFLIX STREAMING SERVICES, INC. FOR AWARD OF COSTS AND ATTORNEY'S FEES UNDER RULE 41(D)**<br><br>Date:         November 18, 2019<br>Time:         8:30 a.m.<br>Courtroom:  9D<br>Judge:        George H. Wu |

## **[PROPOSED] ORDER**

Upon consideration of the briefing submitted by the parties in this matter, Netflix, Inc. and Netflix Streaming Services, Inc.'s Motion for Award of Costs and Attorney's Fees Under Rule 41(d) is Granted.  Plaintiff Realtime Adaptive Streaming LLC is hereby ORDERED to pay Netflix, Inc. and Netflix Streaming Services, Inc. costs and attorney's fees under Rule 41(d) in the amount of $345,961.67.

This action and the related action, 2:19-cv-06359, are hereby STAYED until Plaintiff complies with this order.

Dated: _____, 2019

_____
Honorable George H. Wu
United States District Judge