J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
EARL MAH (CSB No. 296984)
emah@fenwick.com
DARGAYE C. CHURNET (CSB No. 303659)
dchurnet@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Counsel for Defendants
NETFLIX, INC. and NETFLIX STREAMING SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and NETFLIX STREAMING SERVICES, INC.,<br><br>Defendants. | Case No.: 2:19-cv-06361-GW(JCx)<br><br>**NOTICE OF APPEARANCE OF SAINA S. SHAMILOV**<br><br>Judge: George H. Wu |

**PLEASE TAKE NOTICE** that Saina S. Shamilov of Fenwick & West LLP hereby enters her appearance on behalf of Defendants Netflix, Inc. and Netflix Streaming Services, Inc. Ms. Shamilov's email addresses for purposes of receipt of Notices of Electronic Filing are: sshamilov@fenwick.com and icampos@fenwick.com.

For other purposes, contact information for counsel is set forth above.

Dated: October 8, 2019        FENWICK & WEST LLP

By:  /s/ Saina S. Shamilov
   Saina S. Shamilov
   Attorneys for Defendants
   NETFLIX, INC. and NETFLIX
   STREAMING SERVICES, INC.