# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-6361-GW-JCx | Date | January 19, 2023 |
| Title | *Realtime Adaptive Streaming LLC v. Netflix, Inc., et al.* | | |

**Present: The Honorable** GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip X. Wang | Todd R. Gregorian |

**PROCEEDINGS:** **DEFENDANTS NETFLIX, INC. AND NETFLIX STREAMING SERVICES, INC.'S MOTION FOR SUPPLEMENTAL ATTORNEY FEES [93]**

The Court's Tentative Order on Defendant's Motion [93] was circulated on January 19, 2023 [100]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court denies Defendants' Motion.

                                                                                              :   07

Initials of Preparer   JG